## SIMS *v.* THE STATE.

SIMMONS, C. J.   1. A demurrer to the indictment in a criminal case
must be in writing (Penal Code, § 950), and when the record in this
court shows that such demurrer was not in writing, the trial judge
will not be reversed for overruling it upon that ground.

2. "Offenses differing from each other and varying in their punishment
may be included in the same indictment and tried at the same time,
provided they be of the same nature and differ only in degree; as, for

instance, the *forging* of an instrument and the *uttering* and *publishing* it as *true,* knowing it to be *false.*"   *Hoskins* v. *State,* 11 *Ga.* 92. In such case the State will not be put to an election. *Stephen* v. *State,* 11 *Ga.* 231.

*Judgment affirmed.   All the Justices concurring.*

Submitted December 18, 1899.— Decided January 24, 1900.

Indictment for forgery.   Before Judge Candler.   Fulton superior court.   September term, 1899.

*B. C. Burkhart, S. C. Crane,* and *J. L. Cobb,* for plaintiff in error.   *C. D. Hill,* solicitor-general, contra.